
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 3:05cr133LAC

BERNICE GELACIA RIOS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  December 23, 2005

Motion/Pleadings: STIPULATION FOR SUBSTITUTION OF COUNSEL (that atty Richbourg be substitutted for atty Wilson)

Filed by DEFENDANT   on 12/21/05   Doc.# 31

RESPONSES:

____ on _____ Doc.# _____
____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of December, 2005, that:*

*(a) The relief requested is **GRANTED**.*

*(b) _____*

s/*L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.